UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD E. WEST,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, September 10, 2010,** and responses to these motions shall be filed by **Friday, September 24, 2010.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will be set at a later date upon the request of counsel. It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, November 1, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated: August 27, 2010

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge